■ In the Matter of LUCILLE ANN D., Respondent, v DAVID F. K., Appellant. (Appeal No. 2.) [632 NYS2d 996] —Appeal unanimously dismissed without costs *(see,* Family Ct Act § 1112 [a]; *Matter of Department of Social Servs. [Katherine McL.] v Jay W.,* 105 AD2d 19, 28-29). (Appeal from Order of Oneida County Family Court, Morgan, J.—Paternity.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUGUSTINE CRIMES, Appellant. [632 NYS2d 1015] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J. —Criminal Sale Controlled Substance, 3rd Degree.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Davis, JJ.